## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Nathaniel Phillips
                                      Plaintiff,

v.                                                                           Case No.: 1:17–cv–08882
                                                                         Honorable Jeffrey T. Gilbert

TransUnion, LLC, et al.
                                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 29, 2018:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 5/29/18 and continued to 8/14/18 at 10:00 a.m. Written discovery shall be served by 6/12/18. Fact discovery shall be completed by 1/9/19. The parties will file a joint discovery report by 8/10/18. If the parties are having any issues with discovery, they should not wait until the 8/14/18 status hearing to raise the dispute with the Court. Rather, they should meet and confer about those issues and, if they cannot resolve the issues themselves, counsel shall file an appropriate motion and notice it before Magistrate Judge Gilbert. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.